ELKINS *v.* ROBERSON.

FISH, J.    1. The trial judge may amend a brief of evidence so as to make it speak the truth, even after it has been agreed upon by counsel, approved by the court, and filed.

2. The sole issue, under the pleadings, being whether or not the true relation of the defendant below to the contract upon which it was sought to hold her liable was that of surety or principal, and the evidence, though conflicting, being sufficient to warrant the finding, in her favor, that she was surety only, the verdict will not be disturbed, the same having been approved by the trial judge, and there being no complaint that any error of law was committed at the hearing.

     *Judgment affirmed.    All the Justices concurring.*

    Argued October 25, — Decided November 30, 1897.

Foreclosure of mortgage.    Before Judge Smith.    Wilcox superior court.    March term, 1897.

*Cutts & Lawson*, for plaintiff.
*Bankston & Wells*, for defendant.

---

LANG & STACER *v.* WILKES.

LUMPKIN, P. J.    The evidence, though conflicting, was sufficient to warrant the verdict complained of ; and no question of law being presented for review by this court, the judgment denying a new trial will not be disturbed.

     *Judgment affirmed.    All the Justices concurring.*

    Submitted October 25, — Decided November 30, 1897.

Complaint on account.    Before Judge Smith.    Montgomery superior court.    June 23, 1897.

*Rawlings & Hardwick*, for plaintiff in error.
*A. L. Lanier*, contra.